UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MANDY L. MOSER, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 7:23-cv-00615-LCB-NAD |
| KIMBERLY NEELY, Warden, | ) ) ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report and recommendation on January 8, 2024, recommending that this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, be denied.  (Doc. 11).  Although the parties were advised of their rights to file objections to the report and recommendation (*id*. at 6-7; *see also* doc. 13), no objections have received by the court and the time limitation for filing has expired.

After a *de novo* consideration of the entire file in this action, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.  The court finds that the petition for writ of habeas corpus is due to be **DENIED**.

A separate order will be entered.

**DONE** and **ORDERED** February 21, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE